# Scheduling agreement

**WKW extrusion**

| | |
|---|---|
| SA no.: | 5600001650 |
| dated: | 06/30/2017 |
| Supplier no.: | 80013353 |
| Our reference: | 634 |
| Buyer: | Anita Gunter |
| Phone: | (269) 323-2565 660 |
| Fax: | (269) 323-1639 |
| e-Mail: | Anita.Gunter@wkw-usa.com |

| | |
|---|---|
| Due: | 06/30/2017 - 12/31/2022 |
| Invoice address: | Erbsloeh Aluminum Solutions, Inc.<br>6565 South Sprinkle Road, Portage MI 49002 |
| Delivery address: | Erbsloeh Aluminum Solutions<br>6565 S Sprinkle Road<br>Portage MI 49002 |
| Goods reception: | Mo - Th 7am - 3pm, Fr 7am - 12pm |

WKW Extrusion - Erbsloeh Aluminum Solutions,6565 S. Sprinkle Rd.Portage, MI 49002

ANCHOR MANUFACTURING GROUP, INC.
PO Box 715491
Cleveland OH 43271-5491

Basis for our purchasing order are the **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** Other sales conditions shall not become part of the contract, even if we do not explicitly reject. The **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** are available at www.wkw.de/en. Please state always the purchase order number in the order confirmation, delivery note and invoices.
Please attach a copy of the delivery note to the letter of consignment.
As far as statutory, each and every delivery needs to be furnished with a Material Safety Data Sheet concerning the relevant product.

The supplier is responsible to inform the purchaser immediately in written form, if and to what extent the total delivery or parts of it are subject to public export license or similar legal or official obligations to be accomplished. It is the duty of the supplier to obtain all necessary export licenses to fulfill the contractual obligations.

**Terms of payment:** within 45 days Due net   **Terms of delivery:** EXW Cleveland

| Item | Material-No. | Description | Tgt. qty. Unit | Price / Unit | Net value |
|---|---|---|---|---|---|
| 20 | H0218-LH-STAMPED | W166 RB LH STAMPED | 280,000 PCS | 424.50 USD / 100 PCS | 1,188,600.00 |

**Erbsloeh Aluminum Solutions, Inc.**

6565 South Sprinkle Road
Portage, MI 49002
USA

Phone (269) 323-2565
www.wkw-usa.com

FEIN: 38-1246546

President
Todd Green

Comerica Bank
Detroit, Michigan
Account No. 1853177796
Routing No. 072000096
Swift Code MNBDUS33

# Scheduling agreement

**WKW extrusion**

| | |
|---|---|
| SA no.: | 5600001651 |
| dated: | 06/30/2017 |
| Supplier no.: | 80013353 |
| Our reference: | 634 |
| Buyer: | Anita Gunter |
| Phone: | (269) 323-2565 660 |
| Fax: | (269) 323-1639 |
| e-Mail: | Anita.Gunter@wkw-usa.com |

| | |
|---|---|
| Due: | 06/30/2017 - 12/31/2022 |
| Invoice address: | Erbsloeh Aluminum Solutions, Inc.<br>6565 South Sprinkle Road, Portage MI 49002 |
| Delivery address: | Erbsloeh Aluminum Solutions<br>6565 S Sprinkle Road<br>Portage MI 49002 |
| Goods reception: | Mo - Th 7am - 3pm, Fr 7am - 12pm |

**Erbsloeh Aluminum Solutions, Inc.**

6565 South Sprinkle Road
Portage, MI 49002   USA

Phone (269) 323-2565
www.wkw-usa.com

FEIN: 38-1246546
President
Todd Green

Comerica Bank
Detroit, Michigan
Account No. 1853177796
Routing No. 072000096
Swift Code MNBDUS33

WKW Extrusion - Erbsloeh Aluminum Solutions,6565 S. Sprinkle Rd.Portage, MI 49002

ANCHOR MANUFACTURING GROUP, INC.
PO Box 715491
Cleveland OH 43271-5491

Basis for our purchasing order are the **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** Other sales conditions shall not become part of the contract, even if we do not explicitly reject. The **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** are available at www.wkw.de/en. Please state always the purchase order number in the order confirmation, delivery note and invoices.
Please attach a copy of the delivery note to the letter of consignment.
As far as statutory, each and every delivery needs to be furnished with a Material Safety Data Sheet concerning the relevant product.

The supplier is responsible to inform the purchaser immediately in written form, if and to what extent the total delivery or parts of it are subject to public export license or similar legal or official obligations to be accomplished. It is the duty of the supplier to obtain all necessary export licenses to fulfill the contractual obligations.

**Terms of payment:** within 45 days Due net

| Item | Material-No. | Description | Terms of delivery: | EXW Cleveland | | |
|---|---|---|---|---|---|---|
| | | | Tgt. qty. Unit | Price | / Unit | Net value |
| 10 | H0218-RH-STAMPED | W166 RB RH STAMPED | 280,000 PCS | 424.50 USD / 100 PCS | | 1,188,600.00 |

# Scheduling agreement

| | | | |
|---|---|---|---|
| **SA no.:** | 5600001652 | **Due:** | 06/30/2017 - 12/31/2022 |
| dated: | 06/30/2017 | **Invoice address:** | Erbsloeh Aluminum Solutions, Inc. |
| **Supplier no.:** | 800013353 | | 6565 South Sprinkle Road, Portage MI 49002 |
| Our reference: | 634 | **Delivery address:** | Erbsloeh Aluminum Solutions |
| Buyer: | Anita Gunter | | 6565 S Sprinkle Road |
| Phone: | (269) 323-2565 660 | | Portage MI 49002 |
| Fax: | (269) 323-1639 | | |
| e-Mail: | Anita.Gunter@wkw-usa.com | **Goods reception:** | Mo - Th 7am - 3pm, Fr 7am - 12pm |

WKW Extrusion - Erbsloeh Aluminum Solutions, 6565 S. Sprinkle Rd. Portage, MI 49002

**ANCHOR MANUFACTURING GROUP, INC.**
PO Box 715491
Cleveland OH 43271-5491

Basis for our purchasing order are the
**General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.**
Other sales conditions shall not become part of the contract, even if we do not explicitly reject. The **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** are available at www.wkw.de/en. Please state always the purchase order number in the order confirmation, delivery note and invoices.
Please attach a copy of the delivery note to the letter of consignment.
As far as statutory, each and every delivery needs to be furnished with a Material Safety Data Sheet concerning the relevant product.

The supplier is responsible to inform the purchaser immediately in written form, if and to what extent the total delivery or parts of it are subject to public export license or similar legal or official obligations to be accomplished. It is the duty of the supplier to obtain all necessary export licenses to fulfill the contractual obligations.

**Terms of payment:** within 45 days Due net

| Item | Material-No. | Description | Terms of delivery: | EXW Cleveland | | |
|---|---|---|---|---|---|---|
| | | | Tgt. qty. Unit | Price / Unit | | Net value |
| 10 | HO219-LH-STAMPED X166 RB LH STAMPED | | 56,000 PCS | 8.28 USD / 1 PCS | | 463,680.00 |

**Erbsloeh Aluminum Solutions, Inc.**

6565 South Sprinkle Road
Portage, MI 49002  USA

Phone (269) 323-2565
www.wkw-usa.com

FEIN: 38-1246546

President
Todd Green

Comerica Bank
Detroit, Michigan
Account No. 1853177796
Routing No. 072000096
Swift Code MNBDUS33

# Scheduling agreement

**WKW extrusion**

| | |
|---|---|
| SA no.: | 5600001653 |
| dated: | 06/30/2017 |
| Supplier no.: | 800013353 |
| Our reference: | 634 |
| Buyer: | Anita Gunter |
| Phone: | (269) 323-2565 660 |
| Fax: | (269) 323-1639 |
| e-Mail: | Anita.Gunter@wkw-usa.com |

| | |
|---|---|
| Due: | 06/30/2017 - 12/31/2022 |
| Invoice address: | Erbsloeh Aluminum Solutions, Inc.<br>6565 South Sprinkle Road, Portage MI 49002 |
| Delivery address: | Erbsloeh Aluminum Solutions<br>6565 S Sprinkle Road<br>Portage MI 49002 |
| Goods reception: | Mo - Th 7am - 3pm, Fr 7am - 12pm |

**Erbsloeh Aluminum Solutions, Inc.**

6565 South Sprinkle Road
Portage, MI 49002
USA

Phone (269) 323-2565
www.wkw-usa.com

FEIN: 38-1246546

President
Todd Green

Comerica Bank
Detroit, Michigan
Account No. 1853177796
Routing No. 072000096
Swift Code MNBDUS33

WKW Extrusion - Erbsloeh Aluminum Solutions,6565 S. Sprinkle Rd.Portage, MI 49002

**ANCHOR MANUFACTURING GROUP, INC.**
PO Box 715491
Cleveland OH 43271-5491

Basis for our purchasing order are the **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.**
Other sales conditions shall not become part of the contract, even if we do not explicitly reject. The **General Terms and Conditions of Purchase - Erbsloeh Aluminum Solutions, Inc.** are available at www.wkw.de/en. Please state always the purchase order number in the order confirmation, delivery note and invoices.
Please attach a copy of the delivery note to the letter of consignment.
As far as statutory, each and every delivery needs to be furnished with a Material Safety Data Sheet concerning the relevant product.

The supplier is responsible to inform the purchaser immediately in written form, if and to what extent the total delivery or parts of it are subject to public export license or similar legal or official obligations to be accomplished. It is the duty of the supplier to obtain all necessary export licenses to fulfill the contractual obligations.

**Terms of payment:** within 45 days Due net     **Terms of delivery:** EXW Cleveland

| Item | Material-No. | Description | Tgt. qty. Unit | Price / Unit | Net value |
|---|---|---|---|---|---|
| 10 | H0219-RH-STAMPED X166 RB RH STAMPED | | 56,000 PCS | 8.28 USD / 1 PCS | 463,680.00 |