Newman, Max J.

| | |
|---|---|
| From: | Rich Ross <rich.ross@anchor-mfg.com> |
| Sent: | Friday, June 24, 2022 12:40 PM |
| To: | Hatfield, Dorothy; Bill Evans; Tony Parente; Bojan, Daniel; Hobson, Terry; Baar, Chris |
| Subject: | RE: Mercedes Running Board Demand |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Chris,

Our plan to increase is as follows, we are recruiting next week, The week of July 5th we will run both parts first shift and try to ship 7200 parts a week. Our off shifts are too difficult to recruit to commit running more on the off shifts.  We are running this weekend.

Rich Ross
VP of Business Development & CTO
Anchor Mfg Group Inc
12200 Brookpark Rd
Cleveland, Oh 44130
(330) 421-4421
(216) 362-1850 ext 432
rich.ross@anchor-mfg.com

-----Original Appointment-----
From: Hatfield, Dorothy <Dorothy.Hatfield@wkw-usa.com>
Sent: Friday, June 24, 2022 12:13 PM
To: Rich Ross; Bill Evans; tony.parente@anchor-mfg.com; Bojan, Daniel; Hobson, Terry; Baar, Chris
Subject: Mercedes Running Board Demand
When: Monday, June 27, 2022 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
Where: EAS Yzerman Room
Importance: High

Postponing for 1 business day to allow Anchor to provide plan that was promised for today cob. Thank you!

Critical for WKW and Anchor to come up with a plan to meet Mercedes part demand.
-- Do not delete or change any of the following text. --

When it's time, join your Webex meeting here.

Join meeting

More ways to join:

1

Join from the meeting link
https://wkw.webex.com/wkw-en/j.php?MTID=m969d4f3922134b259198aca78f85f620

Join by meeting number
Meeting number (access code): 2743 166 0347
Meeting password: V9BkZN3fPA8

Tap to join from a mobile device (attendees only)
+49-619-6781-9736,,27431660347## Germany Toll
+1-650-215-5226,,27431660347## United States Toll

Join by phone
+49-619-6781-9736 Germany Toll
+1-650-215-5226 United States Toll
Global call-in numbers

Join from a video system or application
Dial 27431660347@wkw.webex.com
You can also dial 62.109.219.4 and enter your meeting number.

Join using Microsoft Lync or Microsoft Skype for Business
Dial 27431660347.wkw@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to https://help.webex.com

**Confidentiality Notice:**  This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities.  If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.